IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JIMMY L. TAYLOR,

    Plaintiff,

v.

BRIAN P. KEMP, *et al.*,

    Defendants.

CIVIL ACTION NO.: 4:19-cv-236

**O R D E R**

After a careful, *de novo* review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation, (doc. 36). The parties did not file objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES** Plaintiff's claims against all Defendants except Sgt. Greg Pennycuff and Deputy Travis Robillard, and **DISMISSES** Plaintiff's claims for violations of his Fifth Amendment right against self-incrimination, Sixth Amendment right to counsel, and Fourth Amendment rights against false imprisonment and malicious prosecution. The Court **DIRECTS** the **CLERK** to terminate all Defendants except Sgt. Pennycuff and Deputy Robillard on the docket. The following motions are also **DISMISSED AS MOOT**: Motion to Compel the Court to Issue Summons, (doc. 13), Motion to Dismiss, (doc. 15), Motion to Stay, (doc. 16), Motion for Defendant to Comply with Court Order, (doc. 24), Motion for Court to Serve, (doc. 30), and Motion to Compel, (doc. 34).

The case shall proceed against Sgt. Pennycuff and Deputy Robillard based on Plaintiff's

allegations of illegal search and seizure in violation of the Fourth Amendment.

**SO ORDERED**, this 22nd day of September, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA