AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JIMMY L. TAYLOR,

              Plaintiff,

v.

SGT. GREG PENNYCUFF; and
DEP. TRAVIS ROBILLARD,

              Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:19-cv-236

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated March 28, 2022, the Court grants Defendants' Motion for Summary Judgment. Plaintiff's complaint is dismissed, and this case stands closed.

Approved by: _____

March 31, 2022
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020